# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MICHEAL A. BACKS & BECKY J. BACKS  Case Number: 06-70183
105 RAY STREET
POPLAR GROVE, IL  61065

SSN-xxx-xx-8699 & xxx-xx-7874

Case filed on: 2/14/2006
Plan Confirmed on: 5/12/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $91,524.49    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | EVERHOME MORTGAGE COMPANY | 0.00 | 0.00 | 35,437.38 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 35,437.38 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 005 | MORTGAGE ELEC. REGIST. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | CREDITOR PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | VAN RU CREDIT CORORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | BAKER MILLER MARKOFF KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHEAL A. BACKS | 0.00 | 0.00 | 1,291.85 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,291.85 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 7,909.00 | 5,348.08 | 5,348.08 | 248.23 |
| 003 | CAPITAL ONE AUTO FINANCE | 14,716.67 | 14,716.67 | 14,716.67 | 682.22 |
| 007 | EVERHOME MORTGAGE COMPANY | 6,086.72 | 6,086.72 | 6,086.72 | 0.00 |
| 008 | VILLAGE OF POPLAR GROVE | 1,575.00 | 1,468.00 | 1,468.00 | 79.38 |
| 060 | GUZZARDO MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 30,287.39 | 27,619.47 | 27,619.47 | 1,009.83 |
| 001 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 0.00 | 548.27 | 548.27 | 0.00 |
| 003 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | VILLAGE OF POPLAR GROVE | 0.00 | 107.00 | 107.00 | 0.00 |
| 009 | ADVANCE AMERICA | 984.00 | 984.00 | 984.00 | 0.00 |
| 010 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BERTRAM NANAYAKKARA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BLACKHAWK PROPANE CO, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CALVARY PORTFOLIO SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | B-REAL LLC | 4,100.25 | 4,100.25 | 4,100.25 | 0.00 |
| 019 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CHILDRENS BOMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CLAYTON R MALAKER, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CREDITORS PROTECTION SERVICE, INC | 1,134.52 | 1,134.52 | 1,134.52 | 0.00 |
| 026 | DR. L. WIMAL FERNANDO | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | DR. NAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | EARS NOSE & THROAT SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PREMIER BANKCARD/CHARTER | 376.69 | 376.69 | 376.69 | 0.00 |
| 031 | PREMIER BANKCARD/CHARTER | 426.44 | 426.44 | 426.44 | 0.00 |
| 032 | KANU PANCHAL, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROUNDUP FUNDING LLC | 317.74 | 317.74 | 317.74 | 0.00 |
| 035 | MIDWEST PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 036 | NICOR GAS | 2,088.97 | 2,088.97 | 2,088.97 | 0.00 |
| 037 | OB-GYN ASSOC LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | OSF HOME MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | OSF SAINT ANTHONY MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | OSF SAINT ANTHONY MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | OSF SAINT ANTHONY MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROCKFORD MERCANTILE AGENCY INC | 271.62 | 271.62 | 271.62 | 0.00 |
| 046 | OSF SAINT ANTHONY MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | OSF SAINT ANTHONY MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | RKFD ANESTHIOLOGIST ASSOC LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | SWEDISH AMERICAN MED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | ROUNDUP FUNDING LLC | 1,628.57 | 1,628.57 | 1,628.57 | 0.00 |
| 059 | AFNI/VERIZON WIRELESS | 226.42 | 226.42 | 226.42 | 0.00 |
| 061 | AMCORE BANK NA | 8,394.11 | 8,394.11 | 8,394.11 | 0.00 |
| | Total Unsecured | 19,949.33 | 20,604.60 | 20,604.60 | 0.00 |
| | Grand Total: | 53,236.72 | 51,224.07 | 84,953.30 | 1,009.83 |

Total Paid Claimant:     $85,963.13
Trustee Allowance:        $5,561.36
Percent Paid Unsecured:     100.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008       By  /s/Heather M. Fagan